IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASON WILSON,<br><br>　　　　Debtor.<br><br>ADT DRIVETRAIN TENNESSEE CORP.,<br><br>　　　　Garnishee. | Case No. 1:22-MC-00149-SKO<br><br>**FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF CONTINUING GARNISHMENT**<br><br>(Doc. 11)<br><br>Criminal Case No. 1:14-CR-00187-DAD-BAM<br><br>**14-DAY DEADLINE**<br><br>Clerk to Assign a District Judge |

　　　　The Court, having reviewed its files and Plaintiff United States of America ("United States")'s Request for Findings and Recommendations for Final Order of Continuing Garnishment (Doc. 11), and good cause appearing, hereby recommends a Final Order of Continuing Garnishment be granted.

　　　　Accordingly, IT IS RECOMMENDED that:

　　　　1.　　The United States' Request for Findings and Recommendations for Final Order of Continuing Garnishment (Doc. 11) be GRANTED;

　　　　2.　　Garnishee ADT Drivetrain Tennessee Corp. be directed to pay the Clerk of the United States District Court the amount of non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses, already withheld as a result of the writ, within fifteen (15) days of

the filing of the Final Order.  Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

>   Office of the Clerk
>   501 I St., Rm. 4-200
>   Sacramento, CA 95814

The criminal docket number (1:14-CR-00187-DAD-BAM) shall be stated on the payment instrument;

3. Garnishee ADT Drivetrain Tennessee Corp. be directed to pay the Clerk of the United States District Court twenty-five percent (25%) of Jason Wilson's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses, until the Judgment balance is paid in full;

4. Garnishee ADT Drivetrain Tennessee Corp. be directed, after the Judgment balance is paid in full, to pay to the United States twenty-five percent (25%) of Jason Wilson's ongoing and non-exempt disposable earnings, including, but not limited to, wages, earnings, commissions, and bonuses, until the litigation surcharge is paid in full;

5. The United States be directed to notify Garnishee ADT Drivetrain Tennessee Corp. when the Judgment balance is paid in full, and provide payment instructions for payment of the litigation surcharge;

6. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

7. The garnishment shall terminate when (1) the United States seeks to terminate the writ or (2) when the judgment balance and litigation surcharge are fully satisfied.

The Clerk of Court is **DIRECTED** to assign a District Judge to this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(1).  **Within fourteen (14) days**, after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the

right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

The Court **DIRECTS** the United States to serve copies of this Order to Garnishee ADT Drivetrain Tennessee Corp. and to Debtor Jason Wilson at their respective current or last known addresses.

IT IS SO ORDERED.

Dated: **January 12, 2023**           /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE